June 8, 2016

From Hamrawit Dinka and Tibebe Samuel
3820 Wildlife Lane
Burtonsville, MD 20866



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 JUN 10  A 7: 13

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

REQUEST REGARDING THE STATUS OF THE CASE

To: The Honorable Paul W. Grimm
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

RE: **Hamrawit Dinka, et al. v. Woodvale Apartments, et al.**
**Case No. 8:15-cv-03039-PWG**

The Honor Judge Grimm:

We are writing this letter in order to request the status of the above captioned case. As you know, one of the defendants' in this case, The Donaldson Group LLC, through and by its attorney, requested for the case to be moved from the Montgomery County Maryland Circuit Court to the Federal Court. As a result, this case was before you.

After the plaintiffs in this case filed a motion to remand, your Honor, granted the motion in March 2016. However, the case has not been sent back to Montgomery County Maryland Circuit Court according to their record. Henceforth, we respectfully request this Honorable Court to send the file to Montgomery County Maryland Circuit Court so we can pursue our case.

Respectfully Submitted,

Hamrawit Dinka: _____

Tibebe Samuel: _____

cc: To Mr. James M. Connolly, attorney (via e-mail and US Mail).
To: Woodvale apartments and FMS Financial Solutions (Via US Mail).